ABRAHAM H. KAVOVITZ, Respondent, v. MABEL J. MACLAY and HITER KING, Appellants.— In an action upon a promissory note, judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ.

WOODSON R. OGLESBY, Appellant, v. EDWARD H. CRANWELL, Respondent.— In an action for libel, a plea by the defendant of privilege upon the ground that the publication is a fair and true report of a judicial proceeding and published without actual malice is good as against a motion to strike out, even though the report is published through the efforts or at the suggestion of the pleader. (*Lewis* v. *Chemical Foundation, Inc.*, 262 N. Y. 489; *Robinson* v. *Battle*, 148 App. Div. 230.) Where a complaint alleges that such libel was also published and read in Massachusetts, a plea of the Statute of Limitations of that State is good. To make section 13, Civil Practice Act, applicable it will be necessary for plaintiff to show that he was a resident of this State at the time of the publication of the libel in Massachusetts. (*Whiting* v. *Miller*, 188 App. Div. 825.) While the allegations of the fourth defense are techincally not accurate, it is clear that the pleader intended to say " at the times mentioned in the complaint." Order in so far as it denies the motion to strike out the first and fourth defenses affirmed, with ten dollars costs and disbursements. Appeal from order denying plaintiff's motion for a reargument dismissed, without costs. Orders denying motions for reargument are not appealable. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

JAMES PICHINI, Respondent, v. THIRTY MAPLE PARKWAY REALTY CO., INC., and Others, Defendants; Mrs. RAFFAELA PISCOPO, Appellant.— In an action to foreclose a mortgage an order was made striking out the answer of appellant, granting plaintiff's motion for summary judgment, appointing a referee to compute and amending the complaint. Appellant appeals from the entire order but on the argument she limited her appeal to so much of the order as grants summary judgment. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM GARRELL, Appellant.— Judgment of a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant, an officer of a corporation, of a violation of section 174 of the Labor Law, unanimously affirmed. (*People* v. *Taylor*, 192 N. Y. 398.) Present — Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. HENRY PLOTKIN, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. DAVID MATUS, Respondent.— An indictment in the Kings County Court charged the defendants with the crime of manslaughter in the first degree, resulting from a criminal abortion. The indictment was dismissed upon the minutes of the grand jury. Order of dismissal affirmed. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.